IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02654-REB-KLM

PAUL MUTEBI,

    Applicant,

v.

MICHAEL MUKASEY, and
ELIZABETH HUNT,

    Respondents.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion for An Order to Compel Respondents' Counsel to Provide Applicant With a Copy of the Supplement to Respondents' Motion to Dismiss** [Docket No. 32; Filed July 2, 2008] (the "Motion"). The Court has reviewed the Motion, Respondents' Response [Docket No. 37; Filed July 14, 2008], and the entire case file and is sufficiently advised in the premises.

    Applicant requests that this Court compel Respondents to provide him, as well as non-party Mr. Salvator, with a copy of the Supplement to their Motion to Dismiss [Docket No. 30; Filed June 23, 2008]. However, Respondents state that, upon receipt of Applicant's new mailing address, they sent a copy of the Supplement to the Motion to Dismiss [Docket No. 30; Filed June 23, 2008] to Applicant's new address. *Response* [#37] at 3. Moreover, Respondents contend that they should not be required to serve documents on Mr. Salvator, as he is not an attorney of record in this case. The Court agrees. Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:      July 14, 2008