IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02654-REB-KLM

PAUL MUTEBI,

      Applicant,

v.

MICHAEL MUKASEY, and
ELIZABETH HUNT,

      Respondents.

_____

**MINUTE  ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court on Applicant's **Formal Request for Release on ICE/DHS Supervision** [Docket No. 40; Filed July 14, 2008] (the "Motion").

      As a preliminary matter, the pleading that Applicant has filed with the Court is not styled as a motion.  The Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District Court for the District of Colorado require that parties to civil litigation file *motions* when they seek relief from the Court, and that the Court may permit the filing of responses and replies regarding such motions.  Fed. Rule Civ. Pro. 7(b)(1) ("An application to the court for an order shall be by motion..."); D.C.Colo.L.Civ.R. 7.1C .  Second, the documents that Applicant has filed do not appear to seek relief from this Court, but instead appear to be documents related to his ICE proceedings.  To the extent that Applicant is seeking to submit evidence to the Court in support of some prior pleading or motion, Plaintiff must identify the documents as such.

      Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED**.


Dated:      July 15, 2008