IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02654-REB-KLM

PAUL MUTEBI,

    Applicant,

v.

MICHAEL MUKASEY, and
ELIZABETH HUNT,

    Respondents.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Applicant's Response; Renewed Request for Release on Supervision Pending the Next Asylum Hearing; and Request for a Restraining Order Against His Removal** [Docket No. 36; Filed July 10, 2008] (the "Motion").

    The Court construes this as Applicant's Response to Respondents' Motion to Dismiss Application for Writ of Habeas Corpus [Docket No. 19; Filed February 20, 2008] and it will be considered as such. However, pursuant to D.C.COLO.LCivR 7.1C, "[a] motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper." Accordingly, to the extent that Applicant seeks any relief from the Court in his Response, IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:      July 16, 2008