**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02654-REB-KLM

PAUL MUTEBI,

    Applicant,

v.

MICHAEL MUKASEY, and
ELIZABETH HUNT,

    Respondents.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter comes before me on the **Recommendation of United States Magistrate Judge** [#50], filed August 7, 2008. The recommendation addresses the **Respondents' Motion To Dismiss Application for Writ of Habeas Corpus** [#19], filed February 20, 2008.

The applicant, Paul Mutebi, has not filed any objections to the recommendation. Therefore, I review the recommendation only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); ***Andrews v. Heaton***, 483 F.3d

---

[1] This standard pertains even though plaintiff is proceeding *pro se*. ***Morales-Fernandez***, 418 F.3d at 1122.

1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

I have considered carefully the recommendation and the applicable case law. The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#50], filed August 7, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Respondents' Motion To Dismiss Application for Writ of Habeas Corpus** [#19], filed February 20, 2008, is **GRANTED**;

3. That all other pending motions are **DENIED** as moot; and

4. That under Fed.R.Civ.P. 12(b)(1), this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Dated September 11, 2008, at Denver, Colorado.

        BY THE COURT:

        s/ Robert E. Blackburn
        **Robert E. Blackburn**
        **United States District Judge**